UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-cv-23736-PCH

AIMEE CIBRAN,

     Plaintiff,

v.

CHRISTOPHER COLUMBUS
HIGH SCHOOL, INC.,

     Defendant.

_____/

**ORDER GRANTING JOINT MOTION TO APPROVE**
**SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE**

     THIS MATTER came before the Court on the parties' Joint Motion to Approve Settlement Agreement and Dismissal with Prejudice. The Court, having reviewed the file, considered the parties' Joint Motion, reviewed the parties' Settlement Agreement, and being otherwise fully advised, it is hereby ORDERED AND ADJUDGED as follows:

     1.     The Joint Motion is GRANTED.

     2.     The Court having conducted a review of the terns of the Settlement Agreement, approves the settlement of the claims made in this lawsuit pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350 (11th Cir. 1982).

     3.     This matter is DISMISSED WITH PREJUDICE,

     4.     The Clerk is directed to CLOSE this case and DENY AS MOOT all pending Motions.

     DONE AND ORDERED in Chambers at Miami, Miami-Dade County, Florida, this 24th day of March, 2023.

_____
PAUL C. HUCK
United States District Judge